**Gary L. WISE, Plaintiff—Appellant,**

v.

**Jon OZMINT, Director of South Carolina Department of Corrections, individually and in their official capacities; Gregory Knowlin, Warden of Turbeville Correctional Institution TCI, individually and in their official capacities; Ms. Bradshaw, Associate Warden, individually and in their official capacities; Ms. Cothran, Associate Warden, individually and in their official capacities; Billy Holiday, Law Library Clerk, individually and in their official capacities; Genell Ham, Ms., Computer Teacher, individually and in their official capacities; Kenneth Rainwater, Formal IGC, individually and in their official capacities; Ms. Hodge, Mailroom Clerk, individually and in their official capacities; Ms. Kirby, Mailroom Clerk, individually and in their official capacities; Major Sharp; Angela Brown; Officer Goodel, Defendants–Appellees.**

No. 09–7956.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 25, 2010.

Gary L. Wise, Appellant Pro Se. Norma Anne Turner Jett, Ness & Jett, LLC, Bamberg, South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants summary judgment on his 42 U.S.C. § 1983 (2006) claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Wise v. Ozmint,* 6:09–cv–00153–HFF, 2009 WL 3232672 (D.S.C. Oct. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*